# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:  APPOINTMENT TO | : | No. 478 |
| | : | |
| CRIMINAL PROCEDURAL | : | CRIMINAL PROCEDURAL RULES |
| | : | DOCKET |
| RULES COMMITTEE | : | |

## ORDER

**PER CURIAM:**

AND NOW, this 5th day of August, 2016, Bruce L. Castor, Jr., Esquire, Dauphin County, is hereby appointed as a member of the Criminal Procedural Rules Committee for a term expiring January 1, 2018.